179-08/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BISON MARITIME COMPANY LIMITED,

        Plaintiff,

  -against-

FAIRFIELD BULK CARRIERS LTD.,

        Defendant.
-----------------------------------------------------------x

08 Civ. 3043 (TPG)

**STIPULATION & ORDER WITHDRAWING ATTACHMENT & DISMISSING ACTION**

On application of the Plaintiff, the Defendant not having appeared, answered or having filed a motion for summary judgment, the above-entitled action is hereby discontinued without prejudice and without costs, pursuant to FRCP 41(a) (1) (A) (i), and the Order of Attachment issued in this action Pursuant to Supplemental Rule B is hereby withdrawn and vacated.

Dated: April 10, 2008

                                              /s/ Thomas P. Griesa
                                              U.S.D.J.

Consent to entry of foregoing order is confirmed:

NYDOCS1/302195.1

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
BISON MARITIME COMPANY LIMITED

By: _____
   Peter J. Gutowski   (PG 2200)
   80 Pine Street
   New York, NY  10005
   (212) 425-1900
   (212) 425-1901 fax